UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEREO RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) | NO. CR13-5582BHS <br><br> ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Ramirez is charged by Complaint with one count of Illegal Reentry after Deportation, in violation of Title 8 U.S.C. section 1326(a).

2. Mr. Ramirez made his Initial Appearance on October 10, 2013, at which time the Court ordered him detained.

3. Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. § 3161(b). Hence, at the present time, the United States must obtain an Indictment in this case on or before November 8, 2013, to meet the requirements of the Speedy Trial Act.

4. The defense has not yet had the opportunity to review discovery in detail with Mr. Ramirez or conduct investigation or legal research regarding his relevant criminal history and other pertinent issues. Based on the facts set forth in the defense motion, the defense does not have adequate time between the present time and the current deadline for indictment to provide effective legal assistance to Mr. Ramirez. The defense believes that

ORDER GRANTING JOINT MOTION
TO EXTEND TIME TO FILE INDICTMENT – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

the ability to conduct investigation and legal research, as well as a thorough review of the Government's case with Mr. Ramirez, is essential to providing effective legal representation to Mr. Ramirez at this stage of the proceedings.

5. The parties are jointly seeking an Order extending the time within which an Indictment must be filed on the ground that the "ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).

6. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from the date this Order is signed, until January 31, 2014, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an Indictment in this matter be extended to January 31, 2014. The period of delay resulting from this continuance from the date of this Order up to and including January 31, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7).

IT IS SO ORDERED this 24th day of October, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Miriam Schwartz*
Miriam Schwartz
Attorney for Nereo Ramirez

ORDER GRANTING JOINT MOTION
TO EXTEND TIME TO FILE INDICTMENT – 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710